

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                                              |   |                        |
|----------------------------------------------|---|------------------------|
|                                              | § |                        |
| IN RE: AUTOZONERS, LLC AND AUTOZONE,         | § | No. 08-16-00082-CV     |
|                                              | § | AN ORIGINAL PROCEEDING |
| Relators.                                    | § | IN MANDAMUS            |
|                                              | § |                        |

**O R D E R**

The Court GRANTS the Real Party in Interest's third motion for extension of time within which to file the response until **August 27, 2016**.  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE REAL PARTY IN INTEREST'S RESPONSE TO RELATORS' PETITION FOR WRIT OF MANDAMUS WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. John P. Mobbs, the Real Party in Interest's Attorney, prepare the response and forward the same to this Court on or before August 27, 2016.

IT IS SO ORDERED this 29th day of July, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.